Anthony Fernandez, No. 018342 (afernandez@hofklaw.com)
Larry J. Wulkan, No. 021404 (lwulkan@hofklaw.com)
**HOLLOWAY ODEGARD FORREST & KELLY, P.C.**
3101 N. Central Avenue, Suite 1200
Phoenix, Arizona  85012
Phone:         (602) 240-6670
Facsimile:    (602) 240-6677

Attorneys for Defendant Santander Consumer USA, Inc.
f/k/a/ Drive Financial Services improperly named as
Defendants Santander Bancorp and Banco Santander

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vincent Tancredi, individual capacity,<br><br>Plaintiff,<br><br>v.<br><br>Sovereign Bank; Sovereign Bancorp; Santander Bancorp; Banco Santander; BLACK CORPORATIONS I-XX; WHITE PARTNERSHIPS I-XX; DOES I-XX; and Other possible respondents,<br><br>Defendants. | Case No: CV _____<br><br><br>**NOTICE OF REMOVAL**[1] |

Defendant Santander Consumer USA, Inc. f/k/a/ Drive Financial Services improperly named as Defendants Santander Bancorp and Banco Santander hereby files this Notice of Removal to remove this case from the Superior Court of Arizona, in and for the County of Maricopa, to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and LRCiv 3.7, for the following reasons:

1.     On July 28, 2009, plaintiff Vincent Tancredi filed this action in the Superior Court of Arizona, in and for the County of Maricopa, against Sovereign Bank, Sovereign Bancorp, Santander Bancorp, and Banco Santander.  The cause has been assigned cause no. CV 2009-092715.  That complaint is attached hereto as a part of **Exhibit A**.

---

[1]     Plaintiff has failed to serve the complaint in this matter.  Nothing in this notice should be construed as a waiver of any defenses, based on the court's lack of personal jurisdiction, because of Plaintiff's failure to effectuate service of process.

2. The complaint is a civil action alleging a claim of damages pursuant to 28 U.S.C. § 1331 for an alleged violation of the laws of the United States of America, as well as state law claims.

3. A copy of this notice of removal is being contemporaneously filed with the Clerk of the Superior Court of Maricopa County, Arizona, and also served on plaintiff.

**GROUNDS FOR REMOVAL**

4. The United States District Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, as the plaintiff's complaint asserts claims under the laws of the United States.

5. This action is removed to the United States District Court pursuant to 28 U.S.C. § 1441(b).

6. The plaintiff's complaint alleges federal statutory claims based upon an alleged violation of the plaintiff's rights under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq*.

**TIMELINESS OF REMOVAL**

8. This notice of removal is timely as this removing defendant has removed the matter within the time periods set forth in 28 U.S.C. § 1446(b). The complaint has not been served.

9. The time within which to remove this matter, or respond to the complaint as required by 28 U.S.C. § 1446(b), has not yet expired.

**ATTACHMENT OF STATE COURT PLEADINGS**

10. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon this removing defendant are attached hereto as **Exhibit A.**

11. As required by 28 U.S.C. § 1446(d), notice of this removal has been given to all adverse parties. The undersigned has filed, simultaneously herewith, a copy of this notice of removal with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa. *See* **Exhibit B**.

*DATED* this 9th day of September, 2009.

**HOLLOWAY ODEGARD FORREST & KELLY, P.C.**

By   s/ Larry J. Wulkan
Paul W. Holloway
Larry J. Wulkan
3101 N. Central Avenue, Suite 1200
Phoenix, Arizona  85012
*Attorneys for Defendant Santander Consumer USA, Inc. f/k/a/ Drive Financial Services improperly named as Defendants Santander Bancorp and Banco Santander*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of September, 2009, I served the attached document by U.S. Mail on plaintiff, who is not a registered participant of CM/ECF System.

Vincent Tancredi
2375 E. Tropicana Avenue, #338
Las Vegas, Nevada  89118
*Plaintiff*

s/ Ann E. Blacketer