**VINCENT TANCREDI**
vincent.tancredi@gmail.com
3778 N. Park Street
Buckeye, Arizona 85396
(602) 793-5660

Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 0 7 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VINCENT TANCREDI,<br>individual capacity,<br>　　　　　Plaintiff,<br>v.<br><br>DRIVE FINANCIAL SERVICES et., al; and,<br>SOVEREIGN BANK et., al; and,<br>SOVEREIGN BANCORP et., al: and,<br>SANTANDER BANCORP et., al: and,<br>BANCO SANTANDER et., al; and,<br>SANTANDER CONSUMER USA et., al; and,<br><br>BLACK CORPORATIONS I-XX; and,<br>WHITE PARTNERSHIPS I-XX; and,<br>DOES I-XX; and,<br>Other possible respondents,<br><br>　　　　　Defendants. | Case No.<br>CV 09-01877 PHX NVW<br><br><br>**MOTION TO AMEND<br>AND CONSOLIDATE<br>COMPLAINTS**<br>[CV 09-01877 PHX NVW<br>and,<br>CV 09-01876 PHX MEA]<br><br>[Amended Complaint<br>Attached]<br>[Hearing and Order<br>Respectfully Requested]<br><br>[The Honorable Judge<br>Neil V. Wake] |

## MOTION TO AMEND AND CONSOLIDATE COMPLAINTS:
## CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA

**COMES NOW,** Plaintiff, Vincent Tancredi (hereinafter, "Plaintiff") herby and respectfully requests and submits to The United States District Court, for the District of Arizona, seeking Plaintiff, Tancredi's **Motion to Amend and Consolidate The United States District Court Complaints CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA,** in the above-mentioned claims.

Plaintiff, Tancredi's, **Motion to Amend and Consolidate The United States District Court Complaints CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA,** in the above-mentioned claims, pursuant to Rule 15(a) and (d) of the Federal Rules of Civil Procedure, is based on the following circumstances surrounding the above-captioned Complaint, enclosed exhibits, the entire Court record, and the following points of law as pursuant to the Federal Rules of Civil Procedure. Plaintiff's **Motion to Amend and Consolidate,** in the above-mentioned claim, is supported by plaintiff's Memorandum of Points and Authority in Support of Tancredi's Motion.

Amendments to a complaint are governed by Rule 15(a) of the Federal Rules of Civil Procedure. Rule 15(a) provides that:

> "A party may amend the party's pleading **once** as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time...Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and _leave shall be freely given when justice so requires._"

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   STATEMENT OF FACTS.

On September 09, 2009 Attorney of Record, Holloway, Odegard, Forrest & Kelley, P.C., for Defendants Drive Financial Services; Sovereign Bank; Sovereign Bancorp; and Santander

Consumer USA gave notice that it had filed, on this date, a notice of removal of this action from the Superior Court of the State of Arizona, in an for the County of Maricopa, to the United states District Court for the District of Arizona. [Superior Court of the State of Arizona, in and for the County of Maricopa <u>Case No. CV 2009-024803</u>].

On September 09, 2009 Attorney of Record, Holloway, Odegard, Forrest & Kelley, P.C., for Defendants Drive Financial Services; Sovereign Bank; Sovereign Bancorp; and Santander Consumer USA gave notice that it had filed, on this date, a notice of removal of this action from the Superior Court of the State of Arizona, in an for the County of Maricopa, to the United states District Court for the District of Arizona. [Superior Court of the State of Arizona, in and for the County of Maricopa <u>Case No. CV 2009-092715</u>].

Plaintiff's Complaints allege Federal Statutory Claims based, in part, upon an alleged violations of the Plaintiff's rights under the Federal Fair Debt Collection Practices Act, 15 U.S.C. SS 1692; et. seq.

## II.  <u>LEGAL ARGUMENT AND ISSUES OF MATERIAL FACT</u>.

Plaintiff requests leave to file an amended supplemental complaint under Rule 15(a) and (d) of the Federal Rules of Civil Procedure, which authorizes a court to grant leave *"freely ... when justice so requires."* and to permit a party *"to serve a supplemental pleading setting forth transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented."*

Amendments to a complaint are governed by Rule 15(a) of the Federal Rules of Civil Procedure. Rule 15(a) provides that:

> "A party may amend the party's pleading **once** as a matter of course
> at any time before a responsive pleading is served or, if the pleading
> is one to which no responsive pleading is permitted and the action has

> not been placed upon the trial calendar, the party may so amend it at any time...Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and <u>leave shall be freely given when justice so requires.</u>"

There are several intricate and essential steps still at issue and reasonably necessary to be conducted, and further requests and submissions deemed or found reasonably necessary to the timely and fundamental processing of this case to a trial stage, it would be wholly premature and extremely prejudicial to Plaintiff's case not to allow Plaintiff's Motion to Amend and Consolidate The United States District Court Complaints CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA.

Further, the Court has previously explained:

> Supplemental pleadings may introduce new causes of action not alleged in the original complaint so long as their introduction does not create surprise or prejudice the rights of the adverse party. *Montgomery Envtl. Coalition v. Fri*, 366 F. Supp. 261, 265-66 (D.D.C. 1973). Moreover, "leave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading." *Quaratino v. Tiffany & Co.*, 71 F.3d 58, 66 (2d Cir. 1995). Finally, the purpose of pleading "is to facilitate a proper decision on the merits" and avoid the dismissal of potentially meritorious claims due to procedural missteps. *Conley v. Gibson*, 355 U.S. 41, 48 (1957).

Additionally, Through additional discovery, depositions, and disclosure, to Plaintiff's requests to produce for Defendants, specific and additional questions as to liability, harm, damages, and other important factors of the case, that are essential to establishment of the fundamental determination to which additional liability of Defendants. Further, it is obviously anticipated that there will be additional discovery proceedings, as they are still being addressed. That discovery and disclosure still involves other incidents that Plaintiff, Tancredi, contends places Defendants on notice that Plaintiff was harmed by the actions and/or non-actions of the above-referenced Defendants. These matters are provided for by the Fed. R. Civ. P., and should be allowed to transpire.

Therefore in order for Plaintiff, Tancredi, to know and be able to reasonably determine the proper and legal full liability of all Defendants, and therefore be fairly and reasonably able to determine all the possibilities and proper legal avenues that should be used to proceed with, Plaintiff, Tancredi requires and respectfully requests the reasonable opportunity to fully establish such liability of these Defendants so that he may within any reasonable fashion be given requested discovery and disclosure material in order to timely and properly notice the Defendant in this, and to set this case for jury trial.

## III.  **CONCLUSION:**

Plaintiff, Tancredi, in the above-captioned matter, respectfully requests the Court, with good cause being shown, wills approval for this Motion to Amend and Consolidate The United States District Court Complaints CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA.

**WHEREFORE,** Plaintiff, Tancredi, should be provided a reasonable and fair opportunity to proceed in this matter, Amending and Consolidating The United States District Court Complaints CV 09-01877 PHX NVW; and, CV 09-01876 PHX MEA, in the preparation and presentation of this case for trial. Essential to effective presentation of Plaintiff's claims for full relief and full establishment of liability, Plaintiff, Tancredi asks this Honorable Court to allow Plaintiff, Tancredi's Requested Motion. Plaintiff, respectfully requests approval of the above-referenced Motion to Amend and Consolidate the above-referenced United States District Court Complaints. Plaintiff's requests in the above-captioned claim, are made in good faith, for good and just cause, and as a matter of fact and law.

Dated this December 01, 2009.

By: _____
Vincent Tancredi
Plaintiff
vincent.tancredi@gmail.com
3778 N. Park Street
Buckeye, Arizona 85396
(602) 793-5660

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **MOTION TO AMEND AND CONSOLIDATE [CV 09-01877 PHX NVW; and, CV 09-01876]** was forwarded in accordance with the Federal Rules of Civil Procedure on this 01ST day of December, 2009, via first class mail, delivery, or served by process as follows:

Copy of the foregoing served by process, delivered, and/or mailed
This December 01, 2009, to:

The United States District Court
For the District of Arizona
-and-
Holloway Odegard Forrest & Kelley, P.C.
Anthony Fernandez Esq.
Larry J. Wulkan Esq.
3101 N. Central Avenue, Ste. 1200
Phoenix, AZ 85012

For: Defendants
Drive Financial Services, LP
8585 N. Stemmons Freeway # 900
Dallas, TX 75247
-and-
Sovereign Bank
Sovereign BanCorp
Consumer Loan Servicing
Auto Department
P.O. Box 16255
Reading, PA 19612
-and-
Sovereign Bank
865 Brook Street
Rocky Hill, CT 06067
-and-
Santander BanCorp
207 Ponce de Leon Ave.
Hato Rey, PR 00917
-and-
Santander Consumer USA
8585 N. Stemmons Freeway
Ste. 900
Dallas, TX 75247

By: