Anthony J. Fernandez, No. 018342 (afernandez@hofklaw.com)
Larry J. Wulkan, No. 021404 (lwulkan@hofklaw.com)
Brad Feigenbaum, No. 025321 (bfeigenbaum@hofklaw.com)
**HOLLOWAY ODEGARD FORREST & KELLY, P.C.**
3101 N. Central Avenue, Suite 1200
Phoneix, Arizona 85012
Phone:      (602) 240-6670
Facsimile:  (602) 240-6677

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vincent Tancredi, individual capacity,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Drive Financial Services; Sovereign Bank; Sovereign Bancorp; Santander Bancorp; Banco Santander; Santander Consumer USA; Access Recovery USA; Patrick K. Willis and Company; BLACK CORPORATIONS I-XX; WHITE PARTNERSHIPS I-XX; DOES I-XX; and Other possible respondents,<br><br>　　　　　Defendants. | Case No: CV 09-01877 PHX NVW<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO STAY ALL PENDING DEADLINES AND HEARINGS FOR 30 DAYS** |

Pursuant to LRCiv 40.2(d), Defendants Santander Consumer USA, Inc. (f/k/a Drive Financial Services), Sovereign Bank, Sovereign Bancorp, Santander Bancorp, and Banco Santander (collectively referred to herein as "Defendants"), hereby notify the Court that they have reached a tentative settlement with Plaintiff. Defendants respectfully request that the Court stay all pending deadlines and hearings for 30 days so the parties may consummate their settlement and file an appropriate Stipulation for Dismissal With Prejudice.

///

///

///

///

DATED this 2nd day of July, 2010.

**HOLLOWAY ODEGARD FORREST & KELLY, P.C.**

By    s/Brad Feigenbaum
  Anthony J. Fernandez
  Larry J. Wulkan
  BradFeigenbaum
  3101 N. Central Avenue, Suite 1200
  Phoenix, Arizona  85012
  Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of July, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and I mailed the attached document by U.S. Mail to Plaintiff, who is not a registered participant of the CM/ECF System at the following addresses:

Vincent Tancredi
2375 E. Tropicana Avenue, #338
Las Vegas, Nevada  89118
*Plaintiff*

Vincent Tancredi
3778 N. Park Street
Buckeye, Arizona  85396
*Plaintiff*

I further certify that on this 2nd day of July, 2010, I emailed a courtesy copy of the attached document with the transmittal of a Notice of Electronic Filing to the following:

The Honorable Mark E. Aspey
United States District Court
401 West Washington
Phoenix, Arizona 85003
Aspey_chambers@azd.uscourts.gov

s/Nancy L. Robinson