1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8  VINCENT TANCREDI,                    )
                                        )
9            Plaintiff,                 )  CIV 09-01876 PHX MEA
                                        )      09-01877 PHX MEA
10           v.                         )
                                        )  ORDER
11 SOVEREIGN BANK, SOVEREIGN            )
   BANCORP, SANTANDER BANCORP,          )
12 BANCO SANTANDER, SANTANDER           )
   CONSUMER USA, ACCESS RECOVERY        )
13 USA, PATRICK K. WILLIS AND           )
   COMPANY, DRIVE FINANCIAL             )
14 SERVICES,                            )
                                        )
15           Defendants.                )
   _____)

16

17         **IT IS ORDERED that** Defendants' motion for a more

18 definite statement of Plaintiff's claims at Docket No. 20 in

19 2:09 CV 1877 is **denied without prejudice**, based on the Court's

20 previous order consolidating these matters and Defendants'

21 notice of settlement at Docket No. 34 in 2:09 CV 1876.

22         **IT IS FURTHER ORDERED that** Defendants' motion to stay

23 proceedings [Docket No. 34] for a period of 30 days is **granted**.

24         DATED this 7th day of July, 2010.

25

26                    _____
                              Mark E. Aspey
27                      United States Magistrate Judge

28